# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>)<br>)<br>**Kristy Kay Leboeuf** )<br>Defendant ) | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case Number: **CR-23-39-F** |

Upon Motion of the:

☐ Government and request for continuance by Government.

☐ Government and request for continuance by Defendant.

☐ Government and request for continuance by both Government and Defendant.

it is **ORDERED**

that a detention hearing is set for _____Wednesday, February 22, 2023   11:00 am_____
                                              Date                Time

before _____UNITED STATES MAGISTRATE JUDGE SUZANNE MITCHELL_____

_____U.S. Courthouse, 200 N.W. 4th Street, Courtroom 102_____, Oklahoma City, Oklahoma 73102

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) ( _____

_____ ) and produced for the hearing.
            Other Custodial Official

_____2/15/23_____                                _____/s/ Shon T. Erwin_____
Date                                                      SHON T. ERWIN
                                                          UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.