# CRIMINAL COURTROOM MINUTE SHEET
# DETENTION HEARING

**DATE:** Feb 22, 2023     **CASE:** CR-23-39-F

**TIME IN COURT:** 20 mins     **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**     **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. Kristy Kay Leboeuf**

Defendant States true and correct name as: _____     **AGE:** ___

**Government Cnsl:** Dain Barnett     **Defendant Cnsl:** Bonnie Blumert

**U.S. Probation Officer:** Shawn Smitherman     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:** _____
- [ ] Defendant advised of his / her right of consular notification, _____
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Parties announce ready.    [x] Parties provided with a written Pretrial Services Report.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

- [ ] Government and Defendant make opening statement.
- [x] Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.
  - [ ] Government introduces evidence with testimony of ___ witness(es) and rests.
  - [ ] Defendant introduces evidence with testimony of ___ witness(es) and rests.
  - [ ] Government [ ] Defendant rest(s) without introducing evidence.
  - [ ] Government [ ] Defendant proffer(s) evidence and rests.
  - [ ] Government [ ] Defendant make(s) closing statements.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [ ] Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.
- [x] Unsecured Bond set at $5,000.00 with conditions per Release Order.
- [ ] Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.